IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STANDARD TEXTILE CO., INC.

           Plaintiff,                         Case No. 1:12-cv-808-SJD

Vs.                                     Judge: Susan J. Dlott

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION

           Defendant.

## DISMISSAL WITHOUT PREJUDICE

Plaintiff Standard Textile Co., Inc. hereby dismisses the present Complaint without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: December 20, 2012     /s/ Theodore R. Remaklus
                              Theodore R. Remaklus
                               Trial Attorney
                              Kurt L. Grossman
                              Wood, Herron & Evans, L.L.P.
                              2700 Carew Tower
                              441 Vine Street
                              Cincinnati, Ohio 45202
                              Tel.: (513) 241-2324
                              Fax: (513) 241-6234
                              E-mail: tremaklus@whe-law.com
                                       kgrossman@whe-law.com

                              Counsel for Plaintiff
                              Standard Textile Co., Inc.